```
                     UNITED STATES BANKRUPTCY COURT


IN RE: U.S. BANKRUPTCY COURT    and LILLIE M. BOYD                 CASE No.
       101 W. LOMBARD STREET
                                                                  05-13475-S
      BALTIMORE MD                  21201-0000      JUDGE: JAMES F. SCHNEIDER

      FINAL REPORT AND ACCOUNT
                                                          SS#1 - XXX-XX-0000
                                                          SS#2 - XXX-XX-0594

This Case was Commenced     The Plan was Confirmed     The Case was Concluded
on Feb 16, 2005             on                         on Oct 31, 2005

THE SUBJECT CASE HAS BEEN DISMISSED BEFORE CONFIRMATION
     The Trustee has maintained a detailed record  of  all  receipts, including
the source  or other  identification of  each receipt and of  all disbursements.
Copies of these detailed records are available on request, and are incorporated
by reference in this report.


RECEIPTS: Amounts paid to the Trustee by or for the Debtor  for the  benefit of
          creditors.                                                $   900.00

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS       CLASS         AMOUNT    AMOUNT PAID      BALANCE
         CREDITOR'S NAME                      ALLOWED  PRINCIPAL  INTEREST   DUE
--------------------------------------------------------------------------------
CACV OF COLORADO LLC             NOT FILED       .00       .00       .00      .00

ECAST SETTLEMENT CORP            UNSECURED    1857.97      .00       .00  1857.97
     MONTOGMERY WARD
JAMES R LOGAN PA                 UNSECURED    8380.20      .00       .00  8380.20
     RED CARD CREDIT
JEFFERSON CAPITAL SYSTEMS        UNSECURED    9882.13      .00       .00  9882.13
     MBNA
NEW VISION FINANCIAL, LLC        NOT FILED       .00       .00       .00      .00

U.S. BANKR                       REFUND        900.00    900.00
LILLIE M.  BOYD

SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
         SECURED    PRIORITY    GENERAL              SPECIAL    TOTAL
------------------------------------------------------------------------TOTAL PAID
AMT ALL      .00        .00    20120.30               900.00   21020.30  PRINCIPAL
PRIN PD      .00        .00         .00               900.00     900.00  AND INT.
INT PAID     .00        .00         .00                  .00     900.00
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
```

```
                 CASE NO. 05-13475-S        U.S. BANKRUPTCY COURT   and LILLIE M
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY             FEE ALLOWED     FEE PAID
DAVID SILBIGER                             394.00           .00
-----------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

                                        ALLOWED          PAID
                                       ----------      ----------
ADMINISTRATIVE COST ALLOWANCE              .00             .00

FILING FEE    ADDITIONAL CHARGES          TRUSTEE         OTHER
              ------------------------  ------------------
& DEPOSIT    1% OF     .25 EA CLAIM   EXP. & COMPENSATION  COST
             RECEIPTS  OVER 10              FUND
----------   ---------- ------------  ------------------  ---------
    .00                                  .00 /      .00      .00      .00

     WHEREFORE, the Trustee requests that  an  order be  entered  discharging
her as Trustee  and releasing the Trustee's surety from any and all liability
on account of this proceeding and closing the estate, and for such other and
further relief as is just.


                                         /s/ Gerard R. Vetter
DATED: 09/13/06                         _____
                                         GERARD R. VETTER, TRUSTEE

cc: DAVID SILBIGER
    110 E LEXINGTON STREET
    SUITE 100
    BALTIMORE MD 21202
```